IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


**WATSON QUALITY FORD, INC.**                                                      **PLAINTIFF**

vs.                                                       Civil Action No. 3:08-cv-607 HTW-LRA

**VISION MANUFACTURING, LTD.;**
**CFF SALES & LEASING,**
**CONTINENTAL FIRST FEDERAL, INC., AND**
**CONTINENTAL FIRST FEDERAL HOLDING, LLC**                   **DEFENDANTS**

**VISION MANUFACTURING, LTD.**                            **THIRD-PARTY PLAINTIFF**

**VS.**

**LEGGETT & PLATT, INC., AND**
**LEGGETT & PLATT COMPONENTS COMPANY, INC.,**
**ACTING BY AND THROUGH MASTERACK,**
**A DIVISION**                                                        **THIRD-PARTY DEFENDANTS**

## DEFAULT JUDGMENT ORDER

Before the court is third party defendants/third party plaintiffs, Leggett & Platt, Incorporated and Leggett & Platt Components Company, Inc.'s (collectively "Leggett & Platt") motion for default judgment **[Docket No. 66]**. Leggett & Platt's motion was filed on March 2, 2010. Defendants are Vision Manufacturing, Ltd. (hereinafter "Vision"), CFF Sales & Leasing, Continental First Federal, Inc., and Continental First Federal Holding, LLC (hereinafter jointly referred to as "CFF").

On November 17, 2009, this court entered an order **[Docket No. 60 & 61]** granting motions to withdraw on behalf of separate counsel for Vision and CFF. The

orders provided that the defendants would be granted thirty (30) days to employ substitute counsel and have that counsel enter an appearance in this case or to notify the court in writing that it will proceed to represent itself. The orders further provide that should the defendant fail to retain counsel and notify the clerk that it will represent itself, then the case will be subject to a default judgment or such other action that the court deems appropriate. As of the date of Leggett & Platt's filing of this motion, substitute counsel has not been employed and the defendants have not advised of their intent to proceed without counsel.

Based on the foregoing, this court grants Leggett & Platt's request for an entry of default against defendants Vision and CFF pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. This court will also conduct a hearing and enter a judgment to determine the amount and type of damages and relief to which the plaintiff is entitled to receive from Vision and/or CFF.

SO ORDERED, ADJUDGED AND DECREED on this the 19TH day of April, 2010.

**s/ HENRY T. WINGATE**

_____

**CHIEF JUDGE
UNITED STATES DISTRICT COURT**

Civil Action: 3:08-cv-607-HTW-LRA
Default Judgment Order

2