# IN THE UNITED STATES COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| WATSON QUALITY FORD, INC. | PLAINTIFF |
| VS. | CASE NO. 3:08-CV-607-HTW-LRA |
| VISION MANUFACTURING, LTD.; CFF SALES & LEASING, CONTINENTAL FIRST FEDERAL, INC. AND CONTINENTAL FIRST FEDERAL HOLDING, LLC | DEFENDANTS |
| VISION MANUFACTURING, LTD. | THIRD-PARTY PLAINTIFF |
| VS. | |
| LEGGETT & PLATT, INC., AND LEGGETT & PLATT COMPONENTS COMPANY, INC., ACTING BY AND THROUGH MASTERACK, A DIVISION | THIRD-PARTY DEFENDANTS |

## **FINAL JUDGMENT**

This cause came before the Court on evidentiary hearing as to the damages of Third Party Defendants/Third Party-Plaintiffs, Leggett & Platt, Incorporated and Leggett and Platt Components Company, Inc. (collectively "Leggett & Platt"), on the Default Judgment Order [Docket No. 68] entered in favor of Leggett & Platt and against Vision Manufacturing, Ltd. ("Vision"). The Court, having heard the evidence submitted by Leggett & Platt, finds that Leggett & Platt is entitled to a judgment for damages against Vision on Leggett & Platt's claims for breach of contract in the amount of $51,649.65.

JUDGMENT IS HEREBY ENTERED IN FAVOR OF LEGGETT & PLATT in the amount of $51,649.65. This final judgment shall bear interest in accordance with Federal law. This Final Judgment is entered in accordance with Federal Rule of Civil Procedure 54(b).

SO ORDERED, this the 24th day of May, 2010.

> s/ HENRY T. WINGATE
> CHIEF JUDGE
> UNITED STATES DISTRICT COURT

Submitted by:

B. Lyle Robinson (MB No.100015)
robinsol@phelps.com
James W. Shelson (MB No. 9693)
shelsonj@phelps.com
Phelps Dunbar, LLP
111 E. Capitol Street, Suite 600
P.O. Box 23066
Jackson, MS 39225-3066
(601) 352-2300 (Telephone)
(601) 360-9777 (Facsimile)

Final Judgment
Civil Action No. 3:08-cv-607 HTW-LRA